IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MATTHEW WASHINGTON, )
)
Petitioner, )
)
v. ) CV 117-041
)
SCOTT WILKES, Warden, )
)
Respondent. )

**ORDER**

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254 and challenging a conviction entered in the Superior Court of Chatham County, Georgia, was originally filed in the Middle District of Georgia. (Doc. no. 1.) Because it is the practice of the federal courts in Georgia to transfer an action attacking a conviction to the district in which the original criminal proceedings were conducted, United States District Judge C. Ashley Royal transferred the case to the Southern District of Georgia. (Doc. no. 6.) However, upon its arrival in the Southern District, the case was mistakenly opened in the Augusta Division. Because Chatham County is located in the Savannah Division, the Court **TRANSFERS** the case to the Savannah Division as Civil Action Number 4:17-mc-3. All future filings in this case should be made with the Clerk, U.S. District Court, P.O. Box 8286, Savannah, Georgia 31412.

SO ORDERED this 12th day of April, 2017, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA